UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
United States of America

- against -

Derrick Bradley
----------------------------------------x

OCT 18 2005

BROOKLYN OFFICE

03-CR-795 (DGT)

GOLD, S., U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE STEVEN M. GOLD

United States Magistrate Judge Steven M. Gold has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Steven M. Gold. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Steven M. Gold.

_____
Defendant

_____
United States Attorney, E.D.N.Y.

_____
Attorney for the Defendant

By: Todd Harrison
Assistant United States Attorney

Dated: October 18, 2005
Brooklyn, New York

s/Steven Gold
USMJ
10/18/05