LAW OFFICES OF
# ERIC FRANZ, P.L.L.C.
233 BROADWAY, 18TH FL.
NEW YORK, NEW YORK 10279

PH: (212) 406-1700
FAX: (212) 406-2313
E-MAIL: EFRANZLAW@YAHOO.COM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 17 ★

BROOKLYN OFFICE

January 11, 2006

APPLICATION GRANTED.
SO ORDERED.

s/David Trager    1/11/2006
David G. Trager
United States District Judge

Hon. David G. Trager
Senior Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Derrick Bradley
      03-795 (S-1)(DGT)

Dear Judge Trager:

I represent Defendant Derrick Bradley in the above-captioned matter. Mr. Bradley pleaded guilty in this matter on October 18, 2005 and no sentencing date has been scheduled. I write to request the Court's approval for permission to make two sets of photocopies of the transcripts from Mr. Bradley's co-defendants' trial.

On or about December 1, 2005 to December 14, 2005, a trial was held before your Honor for those defendants that did not plead guilty in this case, which resulted in a mistrial. Mr. Bradley has requested that we obtain a copy of the trial transcripts in order to review the testimony contained therein, as it may be of assistance in preparation for his sentencing. The transcripts are approximately 1861 pages, and the cost per page for photocopying is $0.10 per page. The total anticipated amount for both sets of photocopies is approximately $373.40. One set of photocopies is intended for use by my office, and one set will be sent to Mr. Bradley for his review.

I have enclosed a C.J.A. Form 20, which I respectfully request the Court to authorize so that we may be reimbursed for this expense. Thank you.

Very truly yours,

Eric Franz